# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 17, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127503

POLICE OFFICERS ASSOCIATION
OF MICHIGAN
         Plaintiff-Appellee,

v

OTTAWA COUNTY SHERIFF,
OTTAWA COUNTY, and OTTAWA
COUNTY BOARD OF COMMISSIONERS,
         Defendants-Appellants.

SC: 127503
COA: 244919
Ottawa CC: 02-042460-CZ

_____/

      On March 9, 2006, the Court heard oral argument on the application for leave to appeal the October 14, 2004 judgment of the Court of Appeals. On order of the Court, the application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. MCR 7.302(G)(1).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 17, 2006

_____
Clerk